IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED G. STILLMAN,<br><br>    Petitioner,<br><br>  v.<br><br>JAMES D. HARTLEY,<br><br>    Respondent. | No. C 10-04904 CW (PR)<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

    On October 28, 2010, Petitioner, a state prisoner, filed a document with the Court in the instant case, which was opened as a habeas corpus action. On the same day the action was filed the Clerk of the Court sent a notice to Petitioner informing him that his action could not go forward until he filed with the Court a habeas corpus petition form, completed in full, within thirty days or his action would be dismissed. He was also sent another notice directing him to either pay the filing fee or filed a completed prisoner's in forma pauperis application. The Clerk sent Petitioner a blank in forma pauperis application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed.

    On November 10, 2010, Petitioner paid the $5.00 filing fee; however, he did not file his petition.

    More than thirty days have passed, and Petitioner has not filed a petition. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Because the Court has already provided Petitioner with

1  an opportunity to correct the deficiencies in his initial filing,
2  it will not grant leave to amend.
3      All pending motions are TERMINATED.  The Clerk shall enter
4  judgment in accordance with this Order and close the file.
5      IT IS SO ORDERED.
6  DATED: 12/1/2010
7                                  CLAUDIA WILKEN
                                   United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FRED G. STILLMAN,

        Plaintiff,

  v.

JAMES D. HARTLEY et al,

        Defendant.

Case Number: CV10-04904 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fred G. Stillman J93606
CSP-Solano
P.O. Box 4000
Vacaville, CA 95696

Dated: December 1, 2010

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

3